# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MARK J. GAINOR, | Case No. 2:24-cv-06334-SB-BFM |
| Plaintiff, | **ORDER RE STIPULATED PROTECTIVE ORDER** |
| v. | |
| MARSH & MCLENNAN AGENCY LLC, | |
| Defendant. | |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED.**

DATED: ___December 26___, 2024



BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

---

**STIPULATED PROTECTIVE ORDER**