JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK J. GAINOR,<br><br>  Plaintiff,<br><br>v.<br><br>MARSH & MCLENNAN AGENCY,<br><br>  Defendant. | Case No. 2:24-cv-06334-SB-BFM<br><br>ORDER OF DISMISSAL |

  The parties filed a notice of settlement on August 25, 2025. This action is therefore dismissed in its entirety without prejudice. For 30 days from the date of this order, the Court retains jurisdiction to vacate this order and to reopen the action nunc pro tunc on motion of any party. By operation of this order and without further court action, the dismissal in this case will convert to a dismissal with prejudice on September 25, 2025, unless the parties file notice by September 24 that they failed to finalize the settlement—at which point the case will be reopened and trial will commence on October 6, 2025 at 8:30 a.m.

  All case deadlines, including the August 26 pretrial conference, are vacated.

Date: August 25, 2025

                   Stanley Blumenfeld, Jr.
                   United States District Judge